No. 63306.—Stern & Stern Textiles, Inc. *v.* United States, protests 58/8613, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of point d'esprit net the same in all material respects as that the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C.D. 1889), the claim of the plaintiff was sustained.

No. 63307.—Bunge Corporation *v.* United States, protest 58/10836 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pure silk woven fabric in the piece, over 30 inches wide, jacquard-figured, and valued at over $5.50 per pound, the claim of the plaintiff was sustained.

AUGUST 13, 1959

No. 63308.—Berry Pink Industries, Inc. *v.* United States, protest 321203-K.— Plaintiff's application for rehearing granted.

AUGUST 17, 1959

No. 63309.—Chas. H. Demarest, Inc. *v.* United States, protest 246655-K.— Plaintiff's application for rehearing granted.

No. 63310.—Global Gifts & Gadgets, Inc., and Alltransport, Inc. *v.* United States, protests 298928-K and 268690-K.— Plaintiffs' application for rehearing granted.

AUGUST 18, 1959

No. 63311.—General Systems Service, Inc. *v.* United States, protests 299234-K, etc.— —C.D. 2089. Motion of Government for rehearing granted.

AUGUST 17, 1959

No. 63312.—SUITS 4999/5000.—United States *v.* F. Lunning, Inc., and Traders Service Corp.; and F. Lunning, Inc., and Traders Service Corp. *v.* United States.— Appeal dismissed May 8, 1959.